UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA E. JONES,<br><br>        Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. CV 10-8219 MRW<br><br>JUDGMENT |

    The decision of the Administrative Law Judge is AFFIRMED.  Judgment shall be entered in favor of Defendant.

DATE: December 5, 2011

                                     HON. MICHAEL R. WILNER
                                     UNITED STATES MAGISTRATE JUDGE